UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

METROPOLITAN LIFE INSURANCE COMPANY,

         Plaintiff,

vs.

BONNIE FISHER, *et al.*,

         Defendants.

2:15-cv-01546-APG-VCF

**ORDER**

Before the court is Defendant's Motion Setting Scheduling Conference (#32).

IT IS HEREBY ORDERED that Defendant's Motion Setting Scheduling Conference (#32) is GRANTED.

IT IS FURTHER ORDERED that a scheduling conference is scheduled for 11:00 a.m., April 14, 2016, in courtroom 3D.

DATED this 11th day of March, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE