# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

METROPOLITAN LIFE INSURANCE COMPANY,

          Plaintiff,

vs.

BONNIE FISHER, *et al.,*

          Defendants.

2:15-cv-01546-APG-VCF

**ORDER**

      Before the court is Defendant Jason Cornilles' counsel's Motion to Appear Telephonically for Scheduling Conference (#34).

      IT IS HEREBY ORDERED that Defendant Jason Cornilles' counsel's Motion to Appear Telephonically for Scheduling Conference (#34) is GRANTED.  The call in telephone number is (888)273-3658, access code: 3912597, the call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

      DATED this 18th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE